UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UMAR ALLI,

                         Plaintiff,

        -against-

ESU CAPTAIN McCARTHY, et al.,

                        Defendants.

23-cv-5238 (ER)

ORDER

RAMOS, D.J.:

      On June 20, 2023, Plaintiff Umar Alli filed this *pro se* action asserting claims of excessive force, sexual abuse, and inadequate medical care arising from alleged events that occurred while he was in pretrial detention at the Manhattan Detention Complex (MDC), a New York City Department of Correction (DOC) facility. Doc. 1. On July 27, 2023, the Court issued an order of service. Doc. 9. That order directed the New York City Law Department to "ascertain the identity and badge number of each John Doe correction officer whom Plaintiff seeks to sue here." *Id.* at 5. The order listed several different categories of John Doe defendants to be identified. *Id.*

      The Law Department has submitted a letter identifying six DOC officers who "were involved in plaintiff's extraction on August 27, 2020." Doc. 31 at 1. The letter, however, does not identify any John Doe defendants in three of the categories listed in the order of service: (1) the Emergency Services Unit (ESU) officers who, on August 27, 2020, were involved in the alleged use of excessive force incident against Plaintiff in the MDC's main intake area; (2) the ESU officers who were involved in the incident in the MDC's intake shower area; and (3) the correction officials who are responsible for investigating the use of force incident against Plaintiff that allegedly occurred on August 27, 2020. *See* Doc. 9 at 5.

Accordingly, by December 5, 2023, the Law Department shall either identify any additional John Doe defendants in those categories or submit a letter explaining why it has not done so.

SO ORDERED.

Dated:  November 28, 2023
        New York, New York

_____
EDGARDO RAMOS
United States District Judge