UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UMAR ALLI,

                        Plaintiff,

        -against-

ESU CAPTAIN McCARTHY, et al.,

                       Defendants.

23-cv-5238 (ER)

ORDER

RAMOS, D.J.:

      On July 27, 2023, the Court issued an order of service directing the New York City Law Department to identify several John Doe defendants. Doc. 9. The Law Department stated that it was awaiting an executed release from Plaintiff Alli to identify the John Doe physician at the Manhattan Detention Complex. Docs. 31, 39. Alli subsequently filed a letter stating that he has sent the requested authorization. Doc. 45.

      Accordingly, by March 27, 2024, the Law Department shall either identify the John Doe physician or submit a letter explaining why it has not done so.

SO ORDERED.

Dated:   March 6, 2024
            New York, New York

                                               EDGARDO RAMOS
                                            United States District Judge